# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY TROXELL, | ) | 1:05-cv-01083-OWW-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER OF TRANSFER |
| | ) | TO THE NORTHERN DISTRICT |
| v. | ) | OF CALIFORNIA |
| | ) | |
| ACTING WARDEN RICHARD KIRKLAND, | ) | |
| | ) | |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    The instant petition was filed on August 23, 2005. (Doc. 1). Petitioner is presently confined at Pelican Bay State Prison, Crescent City, California. In his petition, Petitioner alleges that the Bureau of Prison Terms ("BPT") denied him parole in violation of his constitutional rights. (Doc. 1). Petitioner thus does not appear to challenge his conviction from the Fresno County Superior Court; rather, he clearly indicates that he is challenging the BPT's 2001 decision to postpone any grant of parole. (Doc. 1-2, p. 39). Petitioner also alleges that his incarceration in the Secure Housing Unit ("SHU") has precluded him from participating in programs that would facilitate a grant of parole by the BPT. (Doc. 1-3, p. 4). Thus, Petitioner is challenging not the fact of his conviction in Fresno County Superior Court but the execution of his sentence at Pelican Bay State Prison.

    As a general matter, venue is preferable in the district of confinement when the petition seeks review of the execution of a sentence. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir.

1989); cf. Laue v. Nelson, 279 F.Supp. 265, 266 (N.D. Cal. 1968)(district of conviction preferable forum to review conviction).  Because Petitioner is challenging the execution of his sentence, venue is proper in the district of his confinement.  In this case, the Pelican Bay State Prison, Crescent City, California, is located within the United States District Court for the Northern District of California.  In the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated:   **March 14, 2007**　　　　　　　　　　　　／s/ Theresa A. Goldner
**j6eb3d**　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE